THE PEOPLE ex rel. JOHN M. MATTHEW, Appellant, *v.* STEPHEN B. FRENCH et al., Commissioners, etc., Respondents.

(Argued December 11, 1888; decided January 15, 1889 )

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 3, 1888, which affirmed on *certiorari* the proceedings of defendants, as the board of police of the police department of the city of New York, dismissing the relator from the police force.

*Edward Mackinley* for appellant.

*David J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.